# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Xunxian Liu

Plaintiff

vs.   Civil Action No. 1:22-cv-00157

Georgetown University

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 3rd day of January, 20 25, that

Plaintiff Xunxian Liu

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 12th day of December, 20 24

in favor of Defendant Georgetown University

against said denying Plaintiff's Motion of Reconsideration

/s/ Theresa Kraft

Attorney or Pro Se Litigant

1629 K Street NW, Suite 300
Washington, DC 20006
202-508-3648

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated: